IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERRY R. DODSON　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
*on behalf of*
SHERRI LEA DODSON

　　　　v.　　　　　　　　　　CIVIL NO. 2:16-cv-2275-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration[1]　　　　　　　　　　DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding Plaintiff's application for Disability Insurance Benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and oral argument having been waived, finds as follows, to-wit:

For the reasons announced by the Court on the record on November 13, 2017, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 13th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　/s/ *Mark E. Ford*
　　　　　　　　　　　　　　　　　　　　HON. MARK E. FORD
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to **Rule 25(d)** of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.